*Robertson & Wilder* for Assessor. *Magoon & Dillon* for taxpayer.

---

No. 57. *In re* ASSESSMENT OF TAXES, MRS. B. M. ALLEN. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 24, 1903. Decided February 24, 1903. Land on Kewalo street, Makiki. Area, 6 acres. Returned at $20,000; assessed at $36,000. Valued by Tax Court at $27,910. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.

---

No. 58. *In re* ASSESSMENT OF TAXES, S. C. ALLEN. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 24, 1903. Decided February 24, 1903. Land on Kewalo street and Wilder avenue, Makiki. Area, 11 44-100 acres. Returned at $40,000; assessed at $69,000. Valued by Tax Court at $42,090. Appeal by Assessor. *Per Curiam.* Valuation appealed from affirmed.

---

No. 60. H. HACKFELD & Co., LTD., *v.* HILO RAILROAD Co., LTD. Error to Circuit Court, Fourth Circuit. Submitted April 22, 1902. Decided April 23, 1902. Motion by defendant to quash the writ of error for the reason that the same issued before the bond required by Section 1450 C. L. was filed. *Per Curiam.* For the reason stated the motion is sustained and the writ is quashed. (Frear, C. J., disqualified, did not sit.) *Kinney, Ballou & McClanahan* for the plaintiff. *Hatch & Silliman, Smith & Parsons* for defendant.

---

No 65. *In re* ASSESSMENT OF TAXES, M. W. McCHESNEY & SONS. Appeal from Tax Appeal Court, First Taxation Division. Submitted February 27, 1903. Decided March 3, 1903. Lessee's interest in land and buildings, known as Anthon